UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRINA REYKHEL, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BMW OF NORTH AMERICA LLC, et al.,<br><br>    Defendants. | Case No. 19-cv-01900-SK<br><br>**ORDER OF DISMISSAL**<br><br>Regarding Docket No. 28 |

Plaintiffs have filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). (Dkt. 28.) Defendants answered the complaint on May 14, 2019. (Dkt. 11.) Both parties have consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636. (Dkts. 8, 10.) Accordingly, good cause appearing, the Court HEREBY DISMISSES this action with prejudice.

**IT IS SO ORDERED**.

Dated: March 15, 2021



SALLIE KIM
United States Magistrate Judge